BERNICE M. JONES, ADMINISTRATRIX OF THE ESTATE OF BEVERLY A. JONES, DECEASED v. THOMAS GLENN ALLRED, RICHARD ALLEN HUBBARD, AND TONI C. KINSEY

No. 51

(Filed 3 November 1981)

APPEAL pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals which reversed the entry of a directed verdict for defendants at the close of all the evidence by *Judge Lupton* at the 7 April 1980 Session of RANDOLPH Superior Court. The opinion of the Court of Appeals, reported at 52 N.C.

App. 38, 278 S.E. 2d 521 (1981), is by *Judge Wells* with *Judge Vaughn* concurring. *Judge Clark* dissented.

*Boyan and Nix, by Clarence C. Boyan and Kathleen E. Nix, Attorneys for plaintiff appellee.*

*Smith, Moore, Smith, Schell & Hunter, by Stephen P. Millikin and Jeri L. Whitfield, Attorneys for defendant appellants.*

PER CURIAM.

The facts are fully and accurately set out in the Court of Appeals' opinion. For the reasons given in that opinion the decision of the Court of Appeals is

Affirmed.